**United States National Park, Portland, Oregon, defendant in error, v. Samuel Baumgart, trading as Baumgart Wrecking & Lumber Company, plaintiff in error. Gen. No. 28,847.**

Action to recover purchase price of merchandise sold and delivered. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed June 27, 1924.

Lee D. Mathias, for plaintiff in error; Clyde L. Todd, of counsel. Baker, Holder & Schmidt, for defendant in error.

Mr. Presiding Justice Fitch delivered the opinion of the court.